IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY SILVERMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:10-CV-1059-WKW |
| SUNTRUST MORTGAGE, INC., *et al.*, | ) ) ) ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Plaintiff's Motion to Dismiss Defendant SunTrust with Prejudice (Doc. # 18) and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is ORDERED that the motion is GRANTED, and that Plaintiff's action against Defendant SunTrust Mortgage, Inc., is DISMISSED with prejudice, with each party to bear his and its own costs.

The Clerk of the Court is DIRECTED to close this case.

DONE this 7th day of September, 2011.

                                                /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE